**IT IS SO ORDERED.**

**SIGNED THIS: January 23, 2020**

_____
**Mary P. Gorman
United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
Central District of Illinois

| | | |
|---|---|---|
| In re:   Justin Cubbage,             ) | Case No. | 19-90771 |
|                                      ) | | |
|                 Debtor.              ) | | |
|                                      ) | | |
| Concrete, Inc.                       ) | | |
|                 Plaintiff,           ) | | |
|                                      ) | | |
| v.                                   ) | Adv. No. | 19-09023 |
|                                      ) | | |
| Justin Cubbage                       ) | | |
|                                      ) | | |
|                 Defendant.           ) | | |

**ORDER DISMISSING ADVERSARY**

The Court finds:

> that the above entitled adversary proceeding should be dismissed as moot for the reason that main case 19-90771 was dismissed on 1/8/2020 and the 14 day appeal period has passed.

**IT IS THEREFORE ORDERED** that the above entitled adversary proceeding be, and hereby is, dismissed.

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###